TOWNSHIP OF VERONA v. COUNTY OF ESSEX.

September 16, 1986.

Petition for certification denied.

COUNTY TRUST COMPANY v. ROBERT E. RYAN.

September 16, 1986.

Petition for certification denied.

ROBERT WINGENDER v. BOARD OF TRUSTEES, POLICE AND FIREMEN'S RETIREMENT SYSTEM.

September 16, 1986.

Petition for certification denied.

JOYCE WEIR v. BOARD OF EDUCATION OF THE NORTHERN VALLEY REGIONAL HIGH SCHOOL DISTRICT.

September 16, 1986.

Petition for certification denied.